```
_____ FILED    _____ LODGED
                 _____ RECEIVED

         Sep 19, 2018

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18- 5482 |
| Plaintiff, | |
| v. | INFORMATION |
| SEAN M. WILSON, | (Misdemeanor) |
| Defendant. | |

The United States Attorney charges that:

### COUNT I

On or about July 14, 2018, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, SEAN M. WILSON, did drive a motor vehicle while under the influence of intoxicating liquor or drugs.

All in violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.502.

### COUNT II

On or about July 14, 2018, at Joint Base Lewis-McChord, Washington, within the Western District of Washington, and within the special maritime and territorial jurisdiction of the United States, SEAN M. WILSON, did operate a motor vehicle with an obstructed

INFORMATION
United States v. SEAN M. WILSON
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

windshield.

All in violation of 18 U.S.C. § 7, 40 U.S.C. § 1315, 32 C.F.R. Pt. 210, and R.C.W. 46.37.410.

DATED this 5th day of September, 2018.

ANNETTE L. HAYES
United States Attorney

*/s/ Brittney Montgomery Sullivan*
BRITTNEY MONTGOMERY SULLIVAN
Special Assistant United States Attorney

INFORMATION
United States v. SEAN M. WILSON
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil