FILED ____ LODGED ____
RECEIVED ____
DEC 17 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

Magistrate Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN M. WILSON,<br><br>Defendant. | No. CR18-5482<br><br>PLEA AGREEMENT |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Brittney Montgomery Sullivan, Special Assistant United States Attorney for said District, and the defendant, SEAN M. WILSON, and defendant's attorney, Steven J. Krupa, enter into the following Plea Agreement, pursuant to Rule 11(c), Federal Rules of Criminal Procedure.

1. The defendant agrees to plead guilty to the single-count misdemeanor Superseding Information, which the defendant understands charges a violation of 18 U.S.C. §§ 7 and 13, and R.C.W. 46.61.5249 (Negligent Driving, 1st Degree).

2. **Statutory Penalties.** The defendant understands and acknowledges that the statutory penalties for the charge contained in the Superseding Information are imprisonment for up to ninety (90) days, a fine of up to one thousand dollars ($1,000),

PLEA AGREEMENT
United States v. SEAN M. WILSON, CR18-5482
pg. 1

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

and a mandatory ten dollar ($10) special assessment penalty.

If the defendant receives a sentence of probation, the probationary period could be up to five (5) years.

3. <u>Rights Waived by Pleading Guilty</u>.  The defendant understands and acknowledges that by pleading guilty, the defendant knowingly and voluntarily waives the following rights:

    a. The right to plead not guilty, and to persist in a plea of not guilty;

    b. The right to be presumed innocent until guilt has been established at trial, beyond a reasonable doubt;

    c. The right to trial before a judge, and at that trial, the right to the effective assistance of counsel;

    d. The right to confront and cross-examine witnesses against the defendant;

    e. The right to compel or subpoena witnesses to appear on the defendant's behalf;

    f. The right to testify or to remain silent at trial at which such silence could not be used against the defendant; and

    g. The right to appeal a finding of guilty or any pretrial rulings.

4. <u>Applicability of Sentencing Guidelines</u>.  The defendant understands and acknowledges that the Guidelines do not apply to this case.

5. <u>Ultimate Sentence</u>.  The defendant acknowledges that no one has promised or guaranteed what sentence the Court will impose and that the defendant may not withdraw a guilty plea solely because the sentence imposed by the Court may be different from the recommendation of the Government.

6. <u>Sentencing Recommendation</u>.  At the time of sentencing, the Government will recommend no jail time, a fine of five hundred dollars ($500), and the mandatory ten dollar ($10) special assessment penalty.

PLEA AGREEMENT
United States v. SEAN M. WILSON, CR18-5482
pg. 2

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

7. <u>Statement of Facts</u>. The parties stipulate to the following facts in support of the guilty plea:

On or about July 14, 2018, at approximately 6:15 a.m., at Joint Base Lewis-McChord, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, the defendant, SEAN M. WILSON, was observed by an access control guard operating a blue Jeep Compass with a cracked windshield as he attempted to access the base through the 41st Division Gate. As the gate guard spoke with the defendant, he detected the odor of an alcoholic beverage emitting from his person, and noticed that his speech was slurred. A police officer was dispatched to the scene. The officer made contact with the defendant and detected an odor of an alcoholic beverage emitting from his person. The officer noticed that the defendant's eyes were watery and droopy. The defendant stated that he had been out drinking the night before with his wife and friends. The defendant voluntarily submitted to a series of field sobriety tests, which showed signs of impairment. The defendant submitted a breath sample with a BAC of above .08. The defendant was cited and released.

The defendant operated a motor vehicle in a negligent manner after having consumed alcohol, and was likely to endanger the safety of persons or property. The defendant exhibited the effects of having consumed alcohol.

8. <u>Acceptance of Responsibility</u>. The United States acknowledges that defendant has assisted the United States by timely notifying the authorities of defendant's intention to plead guilty, thereby permitting the United States to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

9. <u>Voluntariness of Plea</u>. Defendant acknowledges that he/she has entered into this Plea Agreement freely and voluntarily, and that no threats or promises, other than the promises contained in this Plea Agreement, were made to induce the defendant to enter this plea of guilty.

10. <u>Immigration Consequences</u>. Defendant understands that, if a non-citizen of the United States, entering a guilty plea may have consequences regarding immigration status. Certain crimes are deportable offenses, and a plea of guilty to any such crime may

PLEA AGREEMENT
United States v. SEAN M. WILSON, CR18-5482
pg. 3

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil

subject defendant to automatic deportation and removal from the United States. *See* 8 U.S.C. § 1227(a)(2). Defendant affirms that he/she has been advised of the potential immigration consequences that may result from the entry of the guilty plea(s) contemplated by this Agreement and is prepared to proceed with his/her guilty plea(s) regardless of any immigration consequences that may result from this/these guilty plea(s), even if such consequences include automatic deportation and removal from the United States.

11. <u>Completeness of Agreement</u>. The United States and the defendant acknowledge that these terms constitute the entire Plea Agreement between the parties. This Plea Agreement only binds the United States Attorney's Office for the Western District of Washington. It does not bind any other United States Attorney's Office or any other office or agency of the United States, or any state or local prosecutor.

DATED this 17th day of December, 2018.

_____
SEAN M. WILSON
Defendant

_____
STEVEN J. KRUPA
Attorney for Defendant

_____
BRITTNEY MONTGOMERY SULLIVAN
Special Assistant United States Attorney

PLEA AGREEMENT
United States v. SEAN M. WILSON, CR18-5482
pg. 4

Department of the Army
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Box 339500 MS 69
Joint Base Lewis-McChord, WA 98433-9500
(253) 477-1918 – (253) 477-1919 Fax
usarmy.jblm.i-corps.list.sja-sausa@mail.mil